LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　Plaintiff,<br><br>v.<br><br>OCAT, INC. dba TACO BELL;<br>ROBERT A. DEL PORTO, SR.,<br><br>　　Defendants.<br>_____ / | Case No. CIV.S-08-00479-OWW-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES:

Plaintiff, LARY FEEZOR, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, without prejudice, **as to defendant ROBERT A. DEL PORTO, SR.** *only*, with each party to bear their own fees and costs.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant ROBERT A. DEL PORTO, SR..

Dated: April 28, 2008                              DISABLED ADVOCACY GROUP, APLC

                                             /s/ Scottlynn J Hubbard, IV
                                             SCOTTLYNN J HUBBARD, IV
                                             Attorney for Plaintiff

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, Defendant Robert A. Del Porto, Sr. is hereby dismissed, without prejudice, with each party to bear their own fees and costs pursuant to FRCP 41 (a)(1).

IT IS SO ORDERED.

**Dated:   April 28, 2008**                       **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE