SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff Lary Feezor


JENNIFER ACHTERT, SBN 197266
**FISHER & PHILLIPS, LLP**
195 CADILLAC DRIVE
SACRAMENTO, CA 95825
Telephone: (916) 920-2800
Fax: (916) 920-3409

Attorney for Defendant
OCAT, Inc. dba Taco Bell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV.S-08-00479-OWW-SMS |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| OCAT, INC. dba TACO BELL; ROBERT A. DEL PORTO, SR., | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between Plaintiff LARY FEEZOR, and Defendant OCAT, INC. dba TACO BELL, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to Defendant OCAT, INC. dba TACO BELL *only*.**

Nothing in this Request for Dismissal shall be construed to affect Plaintiff's complaint and claims in the above-referenced case against Defendants other than **Defendant OCAT, INC. dba TACO BELL**

Dated: June_____, 2008          DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III Esq.*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June_____, 2008          FISHER & PHILLIPS, LLP.

*/s/ Jennifer Achtert Esq.*
JENNIFER ACHTERT
Attorney for Defendant OCAT, Inc. dba Taco Bell

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-00479-OWW-SMS, is hereby dismissed with prejudice **as to Defendant OCAT, Inc. dba Taco Bell only.**

IT IS SO ORDERED.

**Dated:   July 18, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE