| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>LAW OFFICES OF LYNN HUBBARD |
| 3 | **DISABLED ADVOCACY GROUP, APLC**<br>12 WILLIAMSBURG LANE |
| 4 | CHICO, CALIFORNIA 95926<br>Telephone:   (530) 895-3252 |
|  | Fax:            (530) 894-8244 |

Attorneys for Plaintiff Lary Feezor

TIMOTHY J. MURPHY, SBN54200
JENNIFER K. ACHERT SBN 197263
**FISHER & PHILLIPS LLP**
ONE EMBARCADERO CENTER
SUITE 2340
SAN FRANCISCO, CALIFORNIA 94111
Telephone:   (916) 448-0159
Fax:            (916) 558-4839

Attorney for Defendant OCAT, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV. S-08-00479-OWW-SMS |
| Plaintiff, | |
| v. | **AMENDED STIPULATION O DISMISSAL AND ORDER THEREON** |
| OCAT, INC. dba TACO BELL; ROBERT A. DEL PORTO,SR, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between Plaintiff, LARY FEEZOR, and Defendants, OCAT, INC. dba TACO BELL, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action in its entirety.

Dated: July 29, 2008                         DISABLED ADVOCACY GROUP, APLC


                                                /s/ Lynn Hubbard III Esq.
                                                LYNN HUBBARD, III
                                                Attorney for Plaintiff

Dated: July 29, 2008                          FISHER & PHILLIPS LLP


                                                /s/ Jennifer Achtert Esq.
                                                JENNIFER ACHTERT
                                                Attorney for Defendant OCAT, Inc. dba Taco Bell


## **ORDER**

IT IS HEREBY ORDERED that the complaint of Plaintiff, USDC Case No. CIV.S-08-00479-OWW-SMS, is hereby dismissed with prejudice.


IT IS SO ORDERED.

**Dated:   July 29, 2008**                         /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE